Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED
FEE PAID

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

2024 APR -9 AM 9: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

B/O
N/S

Jamaal Rasheed James SR,

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Eugene Clairborne, CACI Incorporated, Unknown agents

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ED CV 24- 00732 - MEMF (DTBx)
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jamaal Rasheed James SR |
| Street Address | 14073 Yorktown Court |
| City and County | Fontana in the County of San Bernardino |
| State and Zip Code | in the State of California in the zip code of 92336 |
| Telephone Number | 9097918698 |
| E-mail Address | workingmanup100@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

| | |
|---|---|
| Name | Eugene Clairborne |
| Job or Title *(if known)* | Unknown |
| Street Address | 14069 Yorktown Court |
| City and County | in the city of Fontana in the county of San Bernardino |
| State and Zip Code | in the State of California in the zip code of 92336 |
| Telephone Number | Unknown |
| E-mail Address *(if known)* | Unknown |

**Defendant No. 2**

| | |
|---|---|
| Name | CACI Incorporated |
| Job or Title *(if known)* | Unknown |
| Street Address | 1100 N. Glebe Road, |
| City and County | in the city of Arlington |
| State and Zip Code | in the State of Virginia in the zip code of 22201 |
| Telephone Number | 703-841-7800 |
| E-mail Address *(if known)* | Unknown |

**Defendant No. 3**

| | |
|---|---|
| Name | Unknown Agents |
| Job or Title *(if known)* | Unknown |
| Street Address | Unknown |
| City and County | Unknown |
| State and Zip Code | Unknown |
| Telephone Number | Unknown |
| E-mail Address *(if known)* | Unknown |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The specific federal statues at issue are
28 U.S.C. & 1331
The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Jamaal Rasheed James SR, is a citizen of the State of *(name)* California.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* Eugene Claireborne, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* Unknown.

Page 3 of 6

b. If the defendant is a corporation

The defendant, (name) CACI Incorporated , is incorporated under the laws of the State of (name) Virginia , and has its principal place of business in the State of (name) Virginia .

Or is incorporated under the laws of (foreign nation) United States , and has its principal place of business in (name) Virginia .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
Lost Wages and Pain suffering and seeking 3 million in economic damages.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Fontana, California, Los Angeles, California, Chino, California, Nevada, Arizona, Utah, Idaho, Oregon and Washington.

B. What date and approximate time did the events giving rise to your claim(s) occur?

At various dates and times, please see attached document sheet stating dates and times of occurrences. In the Fall of 2018 when I was still a police officer I was at Ontario Mills, California walking with my family and a random white male was running at my family in a full sprint and I was about to use force to protect my family and then he stopped about 1 to 2 feet away from hitting my kids or my wife. The same thing happened when I went to Etiwanda High School in the Fall of 2018 to watch a Football game with my family. September 2020 I was working for Werner Enterprises in Klamath Falls, Oregon and a some type of jet flew approximately 200 feet off the ground and stared and pointed at me and my

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My federal state and constutional rights have been violated and I am being subjected and punished to cruel and unusual punishment without due process of law. As a police officer my police officer bill of rights were violated as well.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for Eugene Clairborne and CACI contractors, and unknown agents be prevented from viewing the privacy of my home and family.(4th Amendment) I am asking for injunctive relief from CACI contractors and unknown agents from broadcasting onto the television channels comments as we watch television in the privacy of our own home.(4th Amendment) I am asking for the eye scans that are searching my pupils while I read, study or draw be stopped while I am in the privacy of my own home.(1st Amendment) I ask for the right to be free to draw images in the privacy of own home free from public broadcast. (13th amendment) I am asking for the right to the pursuit of Life, Liberty and Happiness in economic pursuits and not be forced to work where I don't want to work. I am asking for 3 million dollars in damages as I planned on doing police work for 24 to 25 years before retiring and due to diminished earning capacity because of anxiety attacks and mental capacity diminishment. I am asking to award whatever punitive damages you feel are warranted or should be granted.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/08/2024

Signature of Plaintiff: Jamaal Rasheed James SR

Printed Name of Plaintiff: Jamaal Rasheed James SR

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

## Section A:

The specific federal statues at issue are 28 U.S.C. & 1331 The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. Since you are possessed with this judicial power. I am asking whether or not the Constitutional rights enumerated and unenumerated apply to a US Citizen on U.S. Soil. First Amendment Right to Freedom of Speech, Paper article, 3rd Amendment, No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law. 4th Amendment Right to be Free from unreasonable search and seizures, Right to Privacy in one's own home 5th Amendment Right nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. 6th amendment right to In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense. 8th Amendment right against Cruel and Unusual punishment 9th Amendment The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people. 10th Amendment The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people. 13th Amendment Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

Section B:

At various dates and times, please see attached document sheet stating dates and times of occurrences. In the Fall of 2018 when I was still a police officer I was at Ontario Mills, California walking with my family and a random white male was running at my family in a full sprint and I was about to use force to protect my family and then he stopped about 1 to 2 feet away from hitting my kids or my wife. The same thing happened when I went to Etiwanda High School in the Fall of 2018 to watch a Football game with my family. September 2020 I was working for Werner Enterprises in Klamath Falls, Oregon and a some type of jet flew approximately 200 feet off the ground and stared and pointed at me and my personal truck driver trainer as we were resting during our truck driving session during truck driver training. During my time as a truck driver at Werner Enterprises several cars would slam on their brakes for no apparent reason. After that I switched to CRST Logistics in Feb of 2021 and would work as a truck driver and then several cars would slam on their brakes while I was driving for no apparent reason. At CRST I was contracted with a Cardboard distribution company and many times whatever I searched for on my phone or watched at my house would mimic the route that I was given to drive my deliveries. If I prayed to an Angel I would be given a route that had that name of the Street as the destination address. When I would drive the truck in the rain cars would purposefully pull in front of me on a downhill slope and slam on their brakes for no apparent reason. I went back to school in 2022 to finish my teaching credential that I had started years ago to complete my degree. I was assigned to Rialto Unified School District school on a street named Columbine as I neared the school. While in the student teaching portion of my college education a student would walk up to me and say whatever I had written in my personal journal when I was in the privacy of my own home. Then his eyes would get big and he would laugh. The stress of having to deal with invasion of privacy while maintaining classroom order was too taxing on my mental resources to continue pursuing that master's degree in education. I eventually worked for Swift Enterprises out of Jurupa Valley, California. While I was working at Swift Enterprises I traveled through Salt Lake City, Utah and while in my truck using sonic-audio technology someone suggested as a command that I put the truck in cruise control and jump off the truck while it was in motion. Then while traveling in Utah, and Oregon the sonic-audio command suggested that I drive the wrong way into oncoming traffic while driving the big rig. I no longer work driving truck as this is a safety hazard for myself and could cause irreparable harm for others if I didn't have the self-discipline and Love for humanity that I do. 1-10-2024 There is a loud noise coming from the house located at 14069 Yorktown Court, in the City of Fontana, in the County of San Bernardino, in the State of California, in the United States of America. Several random individuals visit this residence on a regular basis the one known named individual named "Eugene Clairborne" will trespass on my property located at 14073 Yorktown Court, in the City of Fontana, in the State of California, in the United States of America. The dog that resides at this residence will excrete dog poop several places around my property. I contacted Fontana Police Department (my local police department) regarding this matter, and they have advised him several times to keep his dog on a leash and not let the dog wander onto my property. Several vehicles that stop at this residence park in the wrong direction on the public street obviously blind to the common parking procedures or uncaringly disregarding normal social rules of social decency. I tried to use Bluetooth headphones near this area of my house, but the earbuds will not work in this area. I used a metal hanger that detects ground electrical activity and the rod twirls back and forth from left to right when I walk near his house. There is an incessant noise that penetrates the ground from his house and is heard in my house. January 2024, I signed up for LSAT prep courses and the main instructors' questions all related to something that I looked up online at my house or computer. This happened in at least 11 of the

14 sessions. January 12, 2024, I dropped my daughter off at her school and this young black student walked near my car (while we were stopped in traffic and made eye contact with me and pressed his hand on his chin. In the morning at my house, I watched a video of Chinese acupuncture points and that's what the lady did in the video. I watched a video on YouTube on the Kristallnacht in Nazi, Germany then when I went to pick up my daughter this person drops an SUV to my daughter's school and threw a glass and smashed it on the ground as I drove my daughter home. As I drove back home after this incident the neighbor Eugene Clairborne stood in the middle of the street and stomped both feet on the ground (one at different times) as if he owned the street and needed his permission to drive down the street. A cup fell on the ground while I was drinking water and the bottom of the cup had 2 marks in the bottom of the cup. While leaving to take my daughter to school Eugene Clairborne pulled in front of his house in a while kia (that parks the wrong way on the street) and started to drink a cup of soda as I drove by)When I drove my daughter to school a truck with license plate #2193852 white Chevy Pickup had that same symbol and image in the right rear tail of the truck. I contacted Fontana Police Department Incident #240104912 and spoke with Officer Precue about this incident. On January 15th, 2024 I was in my backyard and I was staring at the Sun and it looked weird as I saw a circle going around the Sun several times. When I drove down the street near Banana and Foothill someone had done like 50 to 100 car tire doughnuts in the middle of the intersection. On January 16th, 2024 I was in my backyard and I looked out the blinds and was staring at the Sun and then their were these dots in my eyes and I saw a red bird image appear. Then when I drove to get my wife some food a male Hispanic in red truck drive slow near my car and put on his blinker near my car and was staring at me and he had a red bird sticker decal on the back of his truck. On January 18th, 2024 I paid TSCM (West Coast Bug Sweep) $1,750.00 to do a bug sweep of my residence. Before he conducted the sweep he signaled to the male black who drive's the white kia (that parks the wrong way) that he knew him or something between the two was done. Ivan was the name of the worker/contractor and he didn't find any listening devices or Eaves dropping equipment in the house. On January 18th, 2024 I drove my daughter to school and a 1990's Toyota pickup truck started to drive in a zigzag pattern on the roadway for at least 3/4 of a mile or longer. On January 19th, 2024 I prayed to the Angel "Clown-Ech" and when I picked up my daughter Mikayla from school a black lady in a white tesla honked her horn and it made the sound of a clown car. On January 23rd, 2024, I drawed a nurse dressed up in a suit then when I drove to get my daughter there was trash that resembled the white nurse suit on/near Foothill and St. On January 30th, 2024, I went to pick up my child from school. While waiting in line this female Asian lady said she needed to pick up her kids so that they can finish coding class. On my computer before I went to get my child my laptop was about coding courses. On February 6th, 2024 there is a loud incessant sound coming from Eugene Claiborne residence. The sound disrupts me from studying. On February 6th, 2024 I went to pick up my son from school and someone broadcast "Haters" using Sonic-audio technology, after driving home from my son's practice someone using sonic-audio technology said "Give Up". On February 14th, 2024 I was trying to study and someone keeps projecting black images into my eyes while I try to study. I try to learn foreign languages because it helps with cognitive ability and someone changed the words to the Russian language on my laptop. On February 13th, 2024 I was playing with my daughter in the front yard of my house. Earlier I drawled a picture of a female with her eyes to the side of her head in the privacy of my own home. A person that lives at the end of the street on the end of the Cul-de-sac took his eyes and moved them to the side of his head like the drawing in the picture that I drew in the privacy of my own home. In the Fall of 2018 I went to drop my kids at school and was a police officer and someone projected

using sonic-audio for me to start shooting at the school for no apparent reason. I know that I don't think like that so I didn't do that. But it was projected to me. On February 15th, 2024 I called Fontana Nissan to speak with the technician Rick regarding getting my car repaired and he or someone on the line would make disparaging comments about the country and negative things in regards to the country when I spoke on the phone to him. When I was writing this the neighbor at 14069 Yorktown Court, in the City of Fontana, in the County of San Bernardino, in the State of California, in the United States of America honked his horn from his car (via alarm). On February 21st, 2024 I went to pick my daughter up from school and this young Asian boy performed the Heimlich maneuver on his younger sister who didn't appear to be choking. He did this after he looked over at me. I was watching Heimlich maneuver videos earlier. On February 29th, 2024 I went to go run at the circle near my house and a white light from a drone or UAV high in the sky flashed my eyes with a bright light. That same day I went to take my wife's car to get repaired in Rialto, California and the owner Alex placed his phone on the counter then my brain started to hurt and my heart started racing because some type of radiation was emanating from his phone. Since January 2024 whenever I go run at the circle there is white clear and black dots that scan my eyes and put images in my eyes while I am running around the circle. The cars that pass by myself project sonic-audio messages from the cars as they drive by with no apparent purpose. On/or about February 2024 whenever I put a Bennie on my head my ears keep fluttering because sonic-audio keeps being broadcast into the house sending verbal audio messages. On March 05th, 2024 I started off the morning staring at the curtains of my living room exterior exit door for 30 to 60 seconds when I dropped my daughter off at her school a car matching this description waited until I dropped off my daughter then exited the line of cars the same time as myself. On March 04th, 2024 I was playing basketball in the front of my house with my son. Eugene Clairborne exited the house and threw his hands up in the air in a challenging manner as if he wanted to fight. My son stopped playing basketball and hid near the car and didn't feel comfortable playing basketball anymore. Then for no apparent reason the smoke alarm in my daughter's bedroom went off for 3 to 10 minutes. I went outside after turning the smoke alarm and a guy male Hispanic rode off on an atv as I came back outside to finish shooting basketball. On March 04th, 2024 I wrote down a dream I had about my father in law and while writing Eugene Clairborne yelled, "Do It" using the sonic-audio technology that broadcast into my house. If I watch a television show or any broadcast in my house Eugene Clairborne will make comments as if he is invited into our house or is allowed to be apart of the conversation. On March 09th, 2024 while sitting in my house doing Chi-Gong exercises someone projected "China", "China", "China" into my house. Then from the house where Eugene Clairborne resides someone yelled, "Sue US". Then he or a person from the residence yelled, "Go back to Canada". Many times the person's voice that says "China" has a Spanish accent to it. On March 11th, 2024 while doing my morning Chi-Gong exercises someone yelled into my house using sonic-audio technology, "China, multiple times while I am doing my morning fitness routine. On March 13th, 2024 I woke up to do Chi-gong exercises in the privacy of own home and someone keeps yelling "China", "China", "China" and I do my morning Chi-Gong exercises. On March 14th, 2024 I contacted 20 civil rights attorneys but no one was able or available to handle my case. This same day I went to pick up my son from school and using sonic-audio technology someone said "Fuck John Kennedy". On March 19th, 2024 I noticed whenever I am at CNA school some of the students in class say negative suggestions and innuendos to me under their breath while we are studying for class and trying to improve ourselves. On March 20th, 2024 I was taking my daughter to school and someone projected sonic-audio into the car and said "Chinese". I went into my backyard to do pullups and the

sonic=audio said "China" several times in succession and then "Suicide" then it said "China Won" then it said "Fuck JFK". Then he said suicide again on March 20th 2024. Then sonic-audio said "Trump, "Trump", "Trump" several times. The same sonic-audio said "Fuck Police Officers", "You're really Hispanic", Then is keeps saying "Who Are You?" repeatedly. On March 25th, 2024 I was helping my daughter do gymnastic flips and someone playing sonic-audio technology said "China" several times in succession. Then "Go Home" after that several times. The sounds are coming from 14069 Yorktown Court where Eugene Clareborne resides at. On April 4th, 2024 I was talking with a public contractor on the phone about ground radar and helping location the sound that is coming through my residence at all hours of the day and night and someone said" US Navy" in the phone as I was trying to talk to the public contractor. Since the filing of this lawsuit on a regular basis, "China" is still projected into my house using sonic-audio technology.

## Section C4:

The compensation cannot be measured because the loss of future earnings has commenced, and I am having to work menial jobs in order to provide for my family as I no longer feel safe working in my previous profession. Whenever I try to work at a new job random unknown agents cause mental anguish (by invasion of privacy and digital communications) or use intimidation tactics to prevent me from keeping gainful employment or learning a skill trade or profession. On random days as I drive my children to or from school random cars will purposefully cut me off for no apparent reason. When I used to drive a big rig in the States of California, Nevada, Arizona, Utah, Idaho, Oregon and Washington cars would for an apparent reason slam on their brakes in front of the big rig and then they would laugh but this would happen 3 to 5 times a day no matter what state I was in. Whenever I would practice meditation exercises someone would mimic the hand or finger exercises that I had performed in the privacy of the truck cab. They are also using sonic-audio technology that told me to jump out of the moving big rig and put the truck cab on cruise control. Then they would suggest using sonic-audio that I drive onto the wrong way or other side of the roadway while driving the truck. So that's why I don't drive commercial vehicles anymore because they are trying to cause irreparable harm to my mind which would cause me to take action that is uncharacteristic of who I am as a human being and a U.S. citizen. They also have eye tracking software that reads the information on or in your pupils and then a car or person will bring up whatever private thoughts that you had in your head. So I am asking for an injunction against irreparable harm to myself (mental well-being) so I can continue to contribute to society in a meaningful way as before I worked in law enforcement and I helped people with an entertainment business where I brought joy to the world. As now any business I try to start that will do good or bring charity in the World the unknown agents and contractors sabotage or purposefully slander or defame. I had a film business and they purposefully unknown agents defamed the company name online and sought to hinder the success of the business. I am training to become a Certified Nurse Assistant so that I can help people in many capacities. I even started a jumper party rental business for families and their children because I like to bring Happiness and Joy into the world. I am asking for an injunction because these Unknown agents and Contractors are actually in violation of RICO because they're acting and conspiring as a gang even though they claim to be contractors. As One individual I am asking for relief and redress for the stated harms perceived and unperceived that these unknown agents have done to myself. I didn't include my children as plaintiffs, but they hacked my Son's phone when he was 3 years old and put gang members on his phone and then started to harass him online whenever he would go online and then they sent grown men acting like they wanted to fight me after hacking my Son's phone. If I fight another man for trying to harm my family or intimidate my family. I have the right to protect my children. So I thank you for taking the time to read all of this judge I hope you take your time to really consider the issues at stake her. Thank You, once again I was a former law enforcement officer, my family has a lot of law enforcement in it and I am a US citizen so I am asking for judicial relief. Another thing these contractors and agents are either not being supervised or don't care because using sonic-audio they say "Fuck John Kennedy" and "Suicide", now as a former local law enforcement officer how does a agent contracting on behalf of the government who disparages the name of a monumental U.S. Citizen who meant with foul play at the hands of unknown agents name being disparaged and that's okay? I don't see the reasoning or logic in that line of reasoning that equates with any rational thought in regards to the government. Another thing Eugene Claireborne makes comments using sonic-audio technology into my house as my family and I watch television. Is that okay Judge for you and your wife, children, or another judge to be having a conversation and the neighbor next door chimes in as if he has been invited into your house to join the

conversation? Now I am well aware that before Plessy vs Ferguson African Americans had no rights which had to be respected by other Us. Citizens but your honor clearly this isn't 1896 or whenever that state was passed. So I am asking for judicial relief to put an stopple to these activities and actions especially without due process of law. The fact that this has gone on for so long is an testament to my faith in the U.S. and the rule of law. As they purposefully make suggestions and indirectly put we in compromising situations where my integrity and authenticity is questioned I am asking for relief. Your honor my own dog isn't safe from their actions he also has red eyes because they have these eye scanners that scan your eyes. They also have an underground radar that plays all day at my house and I have trouble sleeping because of this noise. Your honor Fontana California is in the County of San Bernardino, in the State of California, in the United States of America. This is a civilian area where my house resides and there are grocery stores and shopping centers nearby. Please consider my prayer and plea to put an stopple to these activities. Why is a person with no children in charge of determining my loyalty or right to exist in society when the natural progression of anyone who loves life is to procreate and continue life? What about property ownership doesn't owning property confer own's ability or showing one's ability to achieve and be successful in society to pay taxes which contribute to the well-being of fellow citizens and others who the judiciaries deem temporary rights to work and enjoy life liberty and the pursuit of Happiness until full right can be granted? Thank You, Jamaal R. James, a U.S. Citizen.

Section C5:

I am asking for Eugene Clairborne and CACI contractors, and unknown agents be prevented from viewing the privacy inside of my home. I am asking for injunctive relief from CACI contractors and unknown agents from broadcasting onto the television channels comments as we watch television in the privacy of our own home.(4th Amendment) I am asking for the eye scans that are searching my pupils while I read, study or draw be stopped while I am in the privacy of my own home.(1st Amendment) I ask for the right to be free to draw images in the privacy of own home free from public broadcast. (13th amendment) I am asking for the right to the pursuit of Life, Liberty and Happiness in economic pursuits and not be forced to work where I don't want to work. I am asking for 3 million dollars in damages as I planned on doing police work for 24 to 25 years before retiring and due to diminished earning capacity because of anxiety attacks and mental capacity diminishment. I am asking to award whatever punitive damages you feel are warranted or should be granted.